IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL G. COTTINGHAM,

    Plaintiff,                    No. 2: 12-cv-0057 KJN P

    vs.

SCOTT JONES,

    Defendant.                <u>ORDER TO SHOW CAUSE</u>

        On March 2, 2012, the undersigned granted plaintiff thirty days to file a second amended complaint. Thirty days passed and plaintiff did not file a second amended complaint.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file a second amended complaint in compliance with the March 2, 2012 order.

DATED: April 10, 2012

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE

cot57.osc

1